IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

SOPARIWALA EXPORTS.,
an Indian partnership,

Plaintiff,

v.

FANTASIA DISTRIBUTION INC.,
a California corporation,

Defendant.

Civil Action No. 2:26-cv-4564

**COMPLAINT**

**JURY DEMAND**

Plaintiff Sopariwala Exports ("Sopariwala Exports" or "Plaintiff") files its complaint against Fantasia Distribution Inc. ("Fantasia" or "Defendant") for trademark infringement under Section 32 of the Lanham Act, 15 U.S.C. § 1114; false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); unfair competition and deceptive practices under the Washington Consumer Protection Act, RCW 19.86.020; and trademark infringement and unfair competition under the common law. Sopariwala alleges as follows:

## NATURE OF ACTION

1. This action arises under Sections 32 and 43(a) of the Lanham Act (15 U.S.C. §§ 1114 and 1125(a)), the Washington Consumer Protection Act (RCW 19.86.020), and the common law as a result of the willful and unauthorized use of Sopariwala's registered PAN RAAS trademark by Fantasia, as more fully described below.



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

## THE PARTIES

2. Sopariwala Exports is a partnership organized and existing under the laws of India, with a principal place of business at P.B. 9992, Nirmal, 21st Floor, Nariman Point, Mumbai, India 400021. Sopariwala Exports, through its various affiliates, brands and licensee(s) (hereinafter collectively referred to as "Sopariwala"), is a manufacturer and exporter of tobacco products, including traditional and herbal hookah molasses (together, "Hookah Molasses").

3. On information and belief, Fantasia is a corporation existing under the laws of California with a principal place of business at 333 City Blvd W, Ste 1700, Orange CA 82868.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over the Lanham Act claims pursuant to 15 U.S.C. § 1121 (actions arising under the Lanham Act), 28 U.S.C. §§ 1331 (federal question jurisdiction), 1338(a) (acts of Congress relating to trademarks), and 1338(b) (claims for unfair competition when joined with a substantial and related claim under the trademark laws).

5. This Court has supplemental jurisdiction over Sopariwala's state law claims pursuant to 28 U.S.C. § 1367 because those claims are so closely related to the federal claims asserted herein as to form part of the same case and controversy.

6. Fantasia is subject to personal jurisdiction in this District based on its sales of infringing products, from which Sopariwala's claims arise, to customers located in this District. Fantasia sells hookah products, including Hookah Molasses and the infringing products, in its regular course of business. Fantasia's Hookah Molasses is sold online. *See infra* ¶ 21. Through its interactive website, https://www.fantasiacompany.com/, Fantasia accepts orders from every U.S. state, including Washington and specifically this District, and physically delivers products into Washington and specifically this District in its regular course of business. *See infra* ¶ 21. On information and belief, Fantasia delivers orders to consumers in every U.S. state.

7. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim—namely, the sale of infringing products by Fantasia to consumers in this District—occurred in this District. *See, e.g.*, *infra* ¶ 21.



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

## FACTUAL BACKGROUND

### Sopariwala and Its PAN RAAS Mark

8. Hookah, also known as shisha, is a centuries-old method of smoking Hookah Molasses or other smoking preparations through a water pipe. Traditionally, Hookah Molasses is tobacco-based, but tobacco-free "herbal" Hookah Molasses products are also now available as a more accessible alternative. Herbal Hookah Molasses is typically made from natural ingredients, such as tea leaves, sugarcane fiber, or dried fruit, soaked in flavored molasses and glycerin. It is usually—but not always—nicotine-free. Herbal Hookah Molasses products allow consumers to partake in shisha even when traditional tobacco- and/or nicotine-containing products are restricted, highly regulated, or unavailable. Today, hookah products are sold and enjoyed by consumers throughout the United States and around the world in a wide variety of distinctive flavor profiles. Consumers often identify and select Hookah Molasses products based on flavor names, the choice between traditional or herbal offerings, and the associated branding, which serve as important indicators of source and quality.

9. Established in 1927, Sopariwala is one of the world's leading manufacturers and exporters of tobacco products. Sopariwala has developed a global reputation for premium quality hookah and tobacco products, including Hookah Molasses, and distributes and sells its products throughout the United States and in more than forty countries through a global network of distributors, retailers, and online sales channels. Sopariwala possesses a three-star export house rating, an official recognition given by the Directorate General of Foreign Trade to businesses that perform exceptionally well in international trade and contribute significantly to India's foreign exchange earnings. Sopariwala, including its affiliates, are also innovators within the hookah industry, as they were one of the first to introduce tobacco-free herbal Hookah Molasses products to the marketplace. Following that lead, many other companies now offer herbal Hookah Molasses products as a standard hookah product. As a result, Sopariwala is widely recognized in the hookah industry as a trailblazing market leader.



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

10. Sopariwala's products are marketed, sold, or otherwise offered under several different brands, including through its affiliates or licensee(s), *e.g.*, Soex India Private Limited. Its tobacco Hookah Molasses products are offered under its core AFZAL brand, which encompasses numerous distinct product lines including AFZAL, AFZAL Ready 2 Go, AFZAL Mashup Edition, AFZAL Velvet, AFZAL Premium, and AFZAL Strong. While each AFZAL-branded product line is styled somewhat differently, AFZAL Premium and AFZAL Strong have particularly distinctive branding that sets them apart from the other product lines under the AFZAL umbrella brand. Sopariwala's herbal Hookah Molasses products are offered under its SOEX and NICO brands, with the former being nicotine-free and the latter being nicotine-infused.

***Sopariwala's PAN RAAS Product***

11. Sopariwala's flagship Hookah Molasses product is PAN RAAS, a betel leaf-based flavor featuring a refreshing spice blend including fennel seed, cardamom, and mint, marketed by, for example, Soex India Private Limited. The Indian practice of chewing *paan* ("betel leaf") is a tradition that involves many ingredients, like areca (betel) nuts and slaked lime. Chewing ingredients also include herb and spice flavorings, as well as menthol and dried or candied fruit. Sopariwala coined its PAN RAAS ["RAAHS"] mark from the cultural significance of chewing betel leaf. PAN RAAS is one of Sopariwala's most distinctive and commercially successful Hookah Molasses offerings. Accordingly, its AFZAL, AFZAL Premium, SOEX, and NICO product lines all include PAN RAAS-marked products.



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900




*Figure 1. Product listing for Sopariwala's AFZAL-branded PAN RAAS-marked tobacco Hookah Molasses product, [https://soex.com/product/pan-raas/](https://soex.com/product/pan-raas/).*




*Figure 2. Product listing for Sopariwala's AFZAL Premium-branded PAN RAAS-marked tobacco Hookah Molasses, [https://soex.com/product/pan-raas-5/](https://soex.com/product/pan-raas-5/).*



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900




*Figure 3. Product listing for Sopariwala's SOEX-branded PAN RAAS-marked nicotine-free herbal Hookah Molasses, [https://soex.com/product/pan-raas-2/](https://soex.com/product/pan-raas-2/).*




*Figure 4. Product listing for Sopariwala's NICO-branded PAN RAAS-marked nicotine-infused herbal Hookah Molasses, [https://soex.com/product/pan-raas-3/](https://soex.com/product/pan-raas-3/).*



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

12. Sopariwala, including through its affiliates and/or licensee(s), has sold PAN RAAS-marked Hookah Molasses products in the United States since at least as early as March 2008. Through extensive and continuous use, promotion, and sales since then, Sopariwala's PAN RAAS Mark has come to symbolize the goodwill and reputation associated with Sopariwala and its high-quality hookah products.

***Sopariwala's PAN RAAS Mark***

13. Sopariwala owns exclusive rights in the PAN RAAS mark in the United States. Sopariwala owns U.S. Trademark Registration No. 5563423 (the "PAN RAAS Registration") for "Molasses tobacco; Herbal molasses" in International Class 34 (the "Registered Goods"), which was recognized as incontestable under Section 15 of the Lanham Act in 2024. Sopariwala also has common law rights in the PAN RAAS mark (together with the PAN RAAS Registration, the "PAN RAAS Mark").

14. Sopariwala prominently uses the PAN RAAS Mark in connection with the advertising, promotion, and sale of its Hookah Molasses products, including through online retail channels available to United States and global consumers. For example, as Sopariwala's flagship offering, PAN RAAS-marked Hookah Molasses products are frequently featured in Sopariwala brands' advertising and promotional materials.




*Figure 5. Banner image from the home page of Sopariwala's website, https://soex.com/.*



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

Sopariwala's PAN RAAS-marked herbal Hookah Molasses products are also offered for sale through major e-commerce platforms, including Amazon.




*Figure 6. Amazon product listing for Sopariwala's SOEX-branded PAN RAAS-marked Hookah Molasses product, [https://www.amazon.com/dp/B0DWGNHFNS/](https://www.amazon.com/dp/B0DWGNHFNS/).*

Sopariwala has invested substantial time, effort, and resources in developing, promoting, and distributing its brands throughout the United States and internationally. As a result, consumers view distinctive flavor names—like PAN RAAS—as source indicators and specifically associate them with Sopariwala, its brands, and its reputation for quality tobacco products.

15. Sopariwala's PAN RAAS Mark has significant commercial strength. Marketplace evidence demonstrates that consumers and retailers recognize PAN RAAS as identifying Sopariwala's specific PAN RAAS-marked products and the goodwill associated with Sopariwala. Sopariwala has used the PAN RAAS Mark continuously for many years in connection with its Hookah Molasses products, and the mark has developed substantial recognition among hookah consumers, retailers, and commentators as the name of one of Sopariwala's signature products.

16. For example, industry commentary identifies Sopariwala's AFZAL brand, and not the marketplace generally, as the source that introduced PAN RAAS to the hookah market. Hookah.com describes AFZAL as the "pioneer" that introduced *paan*-inspired Hookah Molasses to the hookah market and specifically lists "Afzal Pan Raas" among the available *paan*-flavored



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

Hookah Molasses products. *See* Ex. A. Utopia Clouds describes Afzal as a top shisha brand that has built its reputation on its *paan*-inspired flavors. *See* Ex. B. These marketplace references demonstrate that consumers associate PAN RAAS, and particularly PAN RAAS-marked Hookah Molasses, with Sopariwala's brands and products.

17. Retailers similarly treat Sopariwala's PAN RAAS mark as having substantial marketplace renown. Zahrah USA describes AFZAL's PAN RAAS as widely "considered as the best of all Afzal Shisha" with a "truly . . . enticing flavor mix of Indian Betel leaf and plenty of other nice things." *See* Ex. C. Other retail listings describe AFZAL's PAN RAAS as a flagship flavor as one of Afzal's "top-selling blends, celebrated for its rich, earthy character . . . .". *See* Ex. D.

18. Consumers also discuss PAN RAAS in a manner consistent with specific marketplace recognition of Sopariwala's AFZAL brand, including references to "Pan Raas" as an AFZAL flavor and comparisons of other products to AFZAL's "original" or "classic" PAN RAAS flavor profile. *See* Exs. E, F. This public recognition, together with Sopariwala's longstanding use, incontestable federal registration, and widespread retail treatment of PAN RAAS as Sopariwala's flagship product, establishes that the PAN RAAS Mark is commercially strong and associated with Sopariwala's brands and products.

**Fantasia's Infringement**

19. Fantasia is a hookah manufacturer and distributor that sells various flavors of Hookah Molasses, pipes, and accessories. On information and belief, Fantasia started selling its goods in 2006.

20. Fantasia's products are offered nationally through both online and brick-and-mortar channels. Fantasia has a direct-to-consumer interactive website, https://www.fantasiacompany.com/, that accepts orders from every U.S. state. Consumers in this District can obtain Fantasia's products through this website. Ex. G. Fantasia's products are also offered through third-party retailers, including in online stores and brick-and-mortar stores. Third-party retailers of hookah products usually sell a variety of brands, which means that Fantasia's



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

products are frequently sold alongside Sopariwala's products. Fantasia also sells its tobacco- and nicotine-free products on Amazon.com. Ex. H.

***Fantasia's "Pan Raas" Hookah Molasses Products***

21. Fantasia sells a variety of flavored Hookah Molasses products. One such product is Fantasia's "Dubai series" tobacco Hookah Molasses, which has a variant named "Pan Raas" (the "Infringing Product"). That is, Fantasia uses a mark identical to Sopariwala's coined PAN RAAS Mark on identical goods (Hookah Molasses). The Infringing Product is offered in four different sizes: 500g Display (10 x 50g Pack) (Ex. I); 50g Pack (Ex. J); 250g Jar (Ex. K); and 1KG (1000g) Pack (Ex. L).




*Figure 7. Product image of the Infringing Product, 500g Display (10 x 50g Pack). Ex. I.*



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900




*Figure 8. Product image of the Infringing Product, 50g Pack. Ex. J.*




*Figure 9. Product image of the Infringing Product, 250g Jar. Ex. K.*



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900




*Figure 10. Product image of the Infringing Product, 1KG (1000g) Pack. Ex. L.*

22. Fantasia has offered the Infringing Product since at least as early as 2025. The Infringing Product is sold at least through Fantasia's direct-to-consumer website, third-party retailer online stores, and brick-and-mortar stores. These latter two channels are the identical channels through which Sopariwala offers its own Hookah Molasses products bearing the PAN RAAS Mark.

23. Fantasia is not licensed or otherwise authorized to use any of Sopariwala's trademarks, including the PAN RAAS Mark or any confusingly similar marks. Nor is Fantasia otherwise affiliated with Sopariwala in any way. Fantasia's use of Sopariwala's PAN RAAS Mark is particularly problematic because Sopariwala offers PAN RAAS-branded Hookah Molasses under at least four differently styled brands and trade dresses (AFZAL, AFZAL Premium, SOEX,



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

and NICO). Thus, consumers have learned to recognize the PAN RAAS Mark itself, rather than any particular house mark or package design, as the consistent indicator that a Hookah Molasses product originates from Sopariwala. Consumers who see the PAN RAAS Mark on Fantasia's differently branded packaging are therefore likely to believe that Fantasia is yet another Sopariwala brand or product line.

24. Fantasia is familiar with Sopariwala and its various Hookah Molasses brands and products, as both companies have been in the hookah products market since the mid-2000s. On information and belief, Fantasia had actual knowledge of Sopariwala's senior and substantial rights in the PAN RAAS Mark prior to introducing the Infringing Product bearing Sopariwala's PAN RAAS Mark. On information and belief, Fantasia has had actual notice of its infringement of Sopariwala's PAN RAAS Mark. Fantasia is willfully and intentionally deriving benefits from Sopariwala's reputation and substantial goodwill in the PAN RAAS Mark by using the PAN RAAS Mark to promote and offer substantially identical goods.

25. Fantasia's continued unauthorized use of the PAN RAAS Mark is causing and, unless enjoined, will continue to cause irreparable harm to Sopariwala. These actions undermine the PAN RAAS Mark's ability to serve as a signifier that products bearing the PAN RAAS Mark stem from a trusted Sopariwala source.

## FIRST CAUSE OF ACTION

### Trademark Infringement

### Under Section 32 of the Lanham Act (15 U.S.C. § 1114)

26. Sopariwala hereby incorporates and realleges each of the preceding paragraphs as if fully set forth herein.

27. Section 32(1)(a) of the Lanham Act, 15 U.S.C. § 1114(1)(a) prohibits any person from using in commerce, without the consent of the registrant, any trademark or any reproduction, counterfeit, copy, or colorable imitation thereof in connection with the marketing, advertising, distribution, or sale of goods or services that is likely to result in confusion, mistake, or deception.



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

28. Fantasia has adopted and used in U.S. commerce, without the authorization or consent of Sopariwala, the PAN RAAS Mark in connection with the marketing, advertising, distribution, and sale of its Hookah Molasses products since at least as early as the beginning of 2026.

29. Fantasia's unauthorized use of the PAN RAAS Mark in U.S. commerce in connection with the distribution, advertising, promotion, offering for sale and sale of Hookah Molasses products is likely to cause confusion, mistake, or deception as to the affiliation or connection of Fantasia with Sopariwala and as to the association or approval of Fantasia's goods, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114. Sopariwala offers Hookah Molasses products—and specifically its PAN RAAS-marked products—through several distinct brands and product lines. Thus, consumers may believe that Fantasia is simply another one of Sopariwala's brands or product lines, rather than a completely different company and source.

30. Fantasia's unauthorized use of the PAN RAAS Mark constitutes trademark infringement and, thus, violates Section 32 of the Lanham Act, 15 U.S.C. § 1114.

31. Fantasia's actions in continuing to use the PAN RAAS Mark on its products without Sopariwala's authorization or approval are willful. Fantasia has had actual knowledge of Sopariwala, and based on information and belief, Fantasia also has had actual knowledge of Sopariwala's trademark rights in the PAN RAAS Mark.

32. Due to Fantasia's wrongful use of the PAN RAAS Mark, Sopariwala has suffered and will continue to suffer damages and irreparable harm and is entitled to injunctive relief and damages in an amount to be established at trial.

33. Fantasia has acquired unjust profits, gains, and advantages due to its infringing actions, and it will continue to do so as long as infringement is allowed to continue.

34. Sopariwala is entitled to recover Fantasia's profits in an amount to be established at trial.


SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

**SECOND CAUSE OF ACTION**

**False Designation of Origin, False Descriptions, and Unfair Competition Under Section 43(a)(1)(A) of The Lanham Act (15 U.S.C. § 1125(a)(1)(A))**

35. Sopariwala hereby incorporates and realleges each of the preceding paragraphs as if fully set forth herein.

36. Fantasia's unauthorized use of the PAN RAAS Mark in U.S. commerce in connection with the distribution, advertising, promotion, offering for sale and sale of Hookah Molasses products constitutes false designation of origin in commerce that is likely to cause confusion, mistake, or deception as to the affiliation or connection of Fantasia with Sopariwala and as to the association or approval of Fantasia's goods, in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

37. Fantasia's unauthorized use of the PAN RAAS Mark constitutes a false designation of origin and, thus, violates Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

38. Fantasia's actions in continuing to use the PAN RAAS Mark on its products without Sopariwala's authorization are willful. Fantasia has had actual knowledge of Sopariwala, and based on information and belief, Fantasia also has had actual knowledge of Sopariwala's trademark rights in the PAN RAAS Mark.

39. Fantasia's conduct has caused and will continue to cause irreparable harm to Sopariwala. Sopariwala is entitled to a preliminary and permanent injunction against Fantasia and its agents, employees, and representatives from engaging in further acts of trademark infringement.

40. Due to Fantasia's wrongful use of the PAN RAAS Mark, Sopariwala has suffered and will continue to suffer damages and irreparable harm and is entitled to injunctive relief and damages in an amount to be established at trial.

41. Fantasia has acquired unjust profits, gains, and advantages due to its infringing actions, and it will continue to do so as long as infringement is allowed to continue.

42. Sopariwala is entitled to recover Fantasia's profits in an amount to be established at trial.



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

## THIRD CAUSE OF ACTION

### Unfair Competition and Deceptive Practices

### Under the Washington Consumer Protection Act (RCW 19.86.020)

43. Sopariwala hereby incorporates and realleges each of the preceding paragraphs as if fully set forth herein.

44. Fantasia's use of the PAN RAAS Mark, as described above, is an unfair or deceptive act or practice and an unfair method of competition within the meaning of RCW 19.86.020. Fantasia's use of the PAN RAAS Mark on the Infringing Product has the capacity to deceive a substantial portion of the public into believing that the Infringing Product originates from Sopariwala, or is sponsored by, approved by, or affiliated with Sopariwala.

45. Fantasia's acts occur in trade or commerce, as defined in RCW 19.86.010(2), and directly or indirectly affect the people of the State of Washington. Fantasia advertises, offers for sale, and sells the Infringing Product to consumers in Washington, including through its website and through third-party retailers.

46. Fantasia's acts affect the public interest. Fantasia's conduct is part of its regular course of business and is directed at the consuming public generally. It has injured, and has the capacity to injure, other persons, including Washington consumers who buy the Infringing Product believing it comes from or is affiliated with Sopariwala. Fantasia's conduct is ongoing and likely to be repeated, as shown by its continued advertising and sale of the Infringing Product through multiple channels.

47. As a direct and proximate result of Fantasia's conduct, Sopariwala has been injured in its business and property. Its injuries include lost sales, diversion of customers, and harm to the goodwill and reputation associated with the PAN RAAS Mark.

48. Under RCW 19.86.090, Sopariwala is entitled to injunctive relief and to recover its actual damages. It is also entitled to treble damages up to the statutory limit and to the costs of suit, including reasonable attorneys' fees.



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

## FOURTH CAUSE OF ACTION

### Trademark Infringement and Unfair Competition Under the Common Law

49. Sopariwala hereby incorporates and realleges each of the preceding paragraphs as if fully set forth herein.

50. By the acts described above, Fantasia has engaged in trademark infringement and unfair competition in violation of the common law.

51. Fantasia's actions in continuing to use the PAN RAAS Mark on its products without Sopariwala's authorization are willful. Fantasia has had actual knowledge of Sopariwala, and based on information and belief, Fantasia also has had actual knowledge of Sopariwala's trademark rights in the PAN RAAS Mark.

52. Fantasia's conduct has caused and will continue to cause irreparable harm to Sopariwala. Sopariwala is entitled to a preliminary and permanent injunction against Fantasia and its agents, employees, and representatives from engaging in further acts of trademark infringement and unfair competition.

53. Due to Fantasia's wrongful use of the PAN RAAS Mark, Sopariwala has suffered and will continue to suffer damages and irreparable harm and is entitled to injunctive relief and damages in an amount to be established at trial.

54. Fantasia has acquired unjust profits, gains, and advantages due to its infringing actions and unfair competitive practices, and it will continue to do so as long as its infringing actions and unfair competitive practices are allowed to continue.

55. Sopariwala is entitled to recover Fantasia's profits in an amount to be established at trial.



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

## PRAYER FOR RELIEF

WHEREFORE, Sopariwala requests that judgment be entered in its favor and against Fantasia ordering, adjudging, and decreeing as follows:

1. That Fantasia is liable for the following causes of action:

   a. Trademark infringement in violation of Section 32(1)(a) of the Lanham Act, 15 U.S.C. § 1114(1)(a);

   b. Unfair competition, false designation of origin, and false descriptions and representations in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A);

   c. Unfair competition and deceptive practices in violation of the Washington Consumer Protection Act, RCW 19.86.020; and

   d. Trademark infringement and unfair competition in violation of the common law.

2. That Fantasia's conduct was willful;

3. That Fantasia and its owners, officers, directors, agents, employees, and representatives be temporarily and permanently enjoined and restrained from:

   a. Using the PAN RAAS Mark, or any term, mark, or symbol confusingly similar to it, in connection with the advertisement, promotion, display for sale, offer for sale, sale, distribution, or rendering of any goods or services related to hookah or Hookah Molasses products;

   b. Engaging in any acts calculated or likely to cause confusion, mistake, or deception such that consumers believe that Fantasia products have been sponsored, approved, or authorized by Sopariwala, or that there is any affiliation or connection between Sopariwala and Fantasia or its goods, and from otherwise unfairly competing with Sopariwala; and



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

c. Assigning, transferring, forming new entities, or taking any other action for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

4. That Fantasia be required, pursuant to Section 34 of the Lanham Act, 15 U.S.C. § 1116, to file with this Court and to serve upon Sopariwala within 30 days after service upon Fantasia of this Court's injunction issued in this action, a written report by Fantasia, under oath, setting forth in detail the manner and form in which Fantasia has complied with the injunction.

5. That Fantasia be required, pursuant to Section 36 of the Lanham Act, 15 U.S.C. § 1118, to certify under oath the destruction of all products, labels, signs, prints, packages, wrappers, receptacles, displays, and advertisements in its possession, custody, or control bearing the PAN RAAS Mark or any term, mark, or designation confusingly similar to it, and all plates, molds, matrices, and other means of making them.

6. That Sopariwala recover all available monetary relief and damages, actual or otherwise, including Fantasia's profits incurred as a result of its infringement and unlawful actions, including:

a. All profits from the sale of products bearing the PAN RAAS Mark, in an amount to be determined at trial pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a);

b. All actual damages caused by Fantasia's infringement pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a);

c. Treble damages up to the statutory limit, pursuant to RCW 19.86.090;

d. The costs of this action, pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a) and RCW 19.86.090;

e. Reasonable attorneys' fees under Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a), as this case is exceptional, and RCW 19.86.090; and

f. All pre- and post-judgment interest on all amounts awarded to Sopariwala.



SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

7. That Sopariwala have such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Sopariwala hereby respectfully requests a trial by jury on all issues so triable in accordance with Rule 38 of the Federal Rules of Civil Procedure.

DATED this November 19, 2026.

Respectfully submitted:

*<u>/s/Syed M. Abedi</u>*
Syed M. Abedi, WSBA No. 46106

*<u>/s/Emily M. Ross</u>*
Emily M. Ross, WSBA No. 64843

*<u>/s/Ania S. Smeraldo</u>*
Ania S. Smeraldo, WSBA No. 64285

SEED INTELLECTUAL PROPERTY
LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206-622-4900
SyedA@seedip.com
Emily.Ross@seedip.com
Ania.Smeraldo@seedip.com

*Attorneys for Plaintiff*
*Sopariwala Exports*

11732928.